MIE 1A  
Revised 07/12

Order of the Court to Continue Supervision

**UNITED STATES DISTRICT COURT**  
for the  
**Eastern District of Michigan**

UNITED STATES OF AMERICA

    v.

DEJUAN BERNARD DOWNER                      Crim. No.: 14-CR-20819-01

On 12/01/2016 the Court authorized the issuance of a supervised release summons based upon a violation petition citing violation(s) of supervision. The issue(s) of the violation(s) was/were heard in Court on 01/04/2017, and the Court made the following finding(s):

   X    Guilty of violating condition(s) of supervision. The following special condition(s) of supervision is/are added.

> "As a condition of supervised release, the offender shall be placed at a Residential Reentry Center for a period of 90 days. While at the facility, the offender shall abide by all rules and regulations of the facility. While at the Residential Reentry Center (RRC), the defendant shall be allowed to earn social time if in compliance with all facility criteria and approved by the probation officer. It is ordered that there will be zero tolerance for violations of RRC rules and regulations. Subsistence is waived."

                                           Respectfully submitted,

                                           s/Seth M. Martin  
                                           United States Probation Officer  
                                           313-234-5456

**ORDER OF THE COURT**

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

     Dated this 6th Day of January, 2017.

                                           s/Matthew F. Leitman  
                                           Honorable Matthew F. Leitman  
                                           United States District Judge